# Court of Appeals
# of the State of Georgia

ATLANTA,  December 08, 2014

*The Court of Appeals hereby passes the following order:*

**A15A0425.  LARRY PARROTT v. THE STATE.**

This appeal was docketed in this Court on October 16, 2014.  On October 21, 2014, Larry Parrott's counsel filed a suggestion of death, stating that Parrott had died on August 6, 2014 and that this appeal should therefore be dismissed.  See Court of Appeals Rule 43 (a) ("The death of a party in a pending appeal may be suggested by counsel for either side at any time.").

Accordingly, this appeal is hereby dismissed as moot.  *Dorsey v. State*, 272 Ga. 283 (528 SE2d 257) (2000); *Grogan v. State*, 248 Ga. 312 (283 SE2d 899) (1981); *Buttrum v. State*, 248 Ga. 306 (283 SE2d 899) (1981); *McLendon v. State*, 220 Ga. App. 205 (469 SE2d 551) (1996).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 12/08/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*